UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation, E & M ESR, INC., a New York corporation and DOES 1 through 10 Inclusive,,<br><br>　　　　　Defendants. | CASE No. CV10-02043 DMG (AGRx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE [41]** |

2522.017\9839

ORDER RE DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the stipulation signed by Plaintiff, Moroccanoil, Inc. and Defendants CVS Pharmacy, Inc. and E&M ESR, Inc., by and through their undersigned counsel, and good cause appearing, |
| 5 | |
| 6 | IT IS HEREBY ORDERED that the Complaint against CVS Pharmacy, Inc. and E&M ESR, Inc., is dismissed with prejudice under Fed. R. Civ. P. 41(a)(2). |
| 8 | |
| 9 | IT IS FURTHER ORDERED that the parties shall bear their own costs and expenses incurred herein, and that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement. |
| 12 | |
| 13 | Dated: October 26, 2011 |

*(signature)*

DOLLY M. GEE
United States District Judge

2522.017\9839

-1-
ORDER RE DISMISSAL WITH PREJUDICE